[No. 37923-6-II.   Division Two.   April 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
HERNANDEZ-MEZA, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 08-1-00010-8, Kenneth D. Williams, J.,
entered June 13, 2008. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and
Quinn-Brintnall, JJ.

[No. 26528-5-III.   Division Three.   April 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMO A.
HENRIQUES, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas
County, No. 06-1-00361-5, Scott R. Sparks, J., entered
October 8, 2007. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 26810-1-III.   Division Three.   April 21, 2009.]

*In the Matter of the Parenting and Support of* ETHAN LEE
BEDDOW.

TRINEY R.M. BEDDOW, *Appellant*, v. LATASHA C. JONES,
*Respondent*.

Appeal from a judgment of the Superior Court for Grant
County, No. 06-5-00272-2, Kenneth L. Jorgensen, J., entered January 31, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and
Korsmo, JJ.